**Kenneth & Loberta MYERS, Respondents,**

v.

**John & Nedra AYERS, Appellants.**

**No. WD 48033.**

Missouri Court of Appeals, Western District.

March 15, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Application to Transfer Denied June 21, 1994.

Bruce B. Brown, Kearney, for appellants.

Thomas D. Munro, Kansas City, for respondents.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

PER CURIAM:

### ORDER

Appeal from judgment for unlawful detainer.

Affirmed. Rule 84.16(b).